Francis D. Tietz, Appellant, v. William Williams, Commissioner of Water Supply, Gas and Electricity of the City of New York, and Others,

Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.